**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESUS MAURICIO ORTUNO REINA,<br>Petitioner,<br>v.<br>DHS/OPLA, et al.,<br>Respondents. | CASE NO. 5:26-cv-02569-KK-SK<br><br>**JUDGMENT** |

In accordance with the Order Accepting Report and Recommendation to Grant Petition, IT IS ADJUDGED that the petition under 28 U.S.C. § 2241 is granted with Petitioner **JESUS MAURICIO ORTUNA REINA (A# 244-628-316)** to be RELEASED from ICE custody no later than 48 hours of that Order under his prior parole or other conditions of release no more restrictive than those in effect before Petitioner's arrest on June 13, 2025. **Petitioner shall be provided executed forms and other standard paperwork clearly setting forth the terms and conditions of his release, including notice of the grounds on which that release can be lawfully canceled, terminated, or revoked.**

DATED: August 14, 2026

KENLY KIYA KATO
United States District Judge